UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERAD KEITH DUNKIN**                                                     **PLAINTIFF**

**v.**               **CASE NO. 4:10cv00150 BSM/JJV**

**GLEN BOBICH, et al.**                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE